UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard Coleman

        v.                        Case No. 09-cv-161-SM

Great Bay Community College

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 29, 2009, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

      SO ORDERED.

October   30,   2009

                                                            Steven J. McAuliffe
                                                           Chief Judge

cc:    Richard Coleman, pro se